UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAMELA ASHBY | ) |
| | ) |
| v. | ) CIVIL NO. 2:25-cv-00299-LEW |
| | ) |
| ANDROSCOGGIN COUNTY, et al | ) |

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants John Clevenger and Bryan Litchfield.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than September 23, 2025 why such service was not timely made, failing which the complaint shall be dismissed as to defendants John Clevenger and Bryan Litchfield.

                                                Lance E. Walker
                                                Chief U.S. District Judge


                                          By: /s/ Charity Pelletier
                                                Deputy Clerk

Dated this 9th day of September, 2025.